United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

In the Matter of Greg Sletteland - #256004

No. C 14-80079 WHA

**ORDER OF SUSPENSION**

    Because Greg Sletteland has failed to respond to the order to show cause, Mr. Sletteland's membership in the bar of this Court is hereby **SUSPENDED**.

**IT IS SO ORDERED.**

Dated: May 5, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE